Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 692130

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10730 | 002-0 | HILLARY L BROWN<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx3857 | 249.88 | 4.38 | 0.00 | 4.38 |
| 04-11072 | 003-0 | BILLY JAY RUSSELL<br>Original Check written to:<br>ORANGE COUNTY TAC<br>P O BOX 1568<br>ORANGE, TX  77631-1568 | xxxxxxxx8301 | 0.00 | 448.27 | 0.00 | 448.27 |
| 04-90327 | 009-0 | CARLOS ESCOBEDO<br>Original Check written to:<br>ANGELINA COUNTY<br>TAX COLLECTOR<br>P O BOX 3064<br>HOUSTON, TX  77253-3064 | xx6097 | 0.00 | 734.50 | 0.00 | 734.50 |
| 05-10203 | 001-0 | STEPHANIE P WELBORN<br>Original Check written to:<br>MOBILOIL FEDERAL CREDIT UNION<br>P O BOX 12849<br>BEAUMONT, TX  77726-2849 | xxxxxxxxxx/150 | 0.00 | 142.12 | 0.00 | 142.12 |
| 06-10083 | 002-0 | JESSE JAMES FREEMAN II<br>Original Check written to:<br>CACH<br>COLLECT AMERICA<br>370 SEVENTEETH STREET, SUITE 5000<br>DENVER, CO  80202 | xxxxxxxxxxxx2672 | 2,092.47 | 97.64 | 0.00 | 97.64 |
| 06-10083 | 014-0 | JESSE JAMES FREEMAN II<br>Original Check written to:<br>CACH<br>COLLECT AMERICA<br>370 SEVENTEETH STREET, SUITE 5000<br>DENVER, CO  80202 | xxxxxxxxxxxxxxxxxxigin | 1,276.98 | 65.39 | 0.00 | 65.39 |
| 06-10083 | 108-0 | JESSE JAMES FREEMAN II<br>Original Check written to:<br>COLLECT AMERICA LTD<br>370 17TH ST STE 5000<br>DENVER, CO  80202 | xxxxxxxxxxxx7449 | 2,786.62 | 142.70 | 0.00 | 142.70 |